In the Matter of the Estate of STANLEY A. WAGNER, Deceased. JAAN AARISMAA, IV, Appellant; JOHN L. WAGNER, as Executor of STANLEY A. WAGNER, Deceased, Respondent.

Submitted February 16, 2016; decided April 5, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of the Estate of STANLEY A. WAGNER, Deceased. JAAN AARISMAA, IV, Appellant; JOHN L. WAGNER, as Executor of STANLEY A. WAGNER, Deceased, Respondent.

Submitted March 7, 2016; decided April 5, 2016

Motion by appellant for affirmative relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3). Cross motion by respondent for the imposition of sanctions denied.

WOMEN'S INTERART CENTER, INC., Appellant, v NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION et al., Respondents.

WOMEN'S INTERART CENTER, INC., Appellant, v CLINTON HOUSING DEVELOPMENT FUND CORP., Respondent.

Submitted February 8, 2016; decided April 5, 2016

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). The prior motion for leave to appeal made at the Appellate Division was untimely.

Judges RIVERA and ABDUS-SALAAM taking no part.